USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
           :
FOREST DIAMONDS, INC.,     :
           :
          Plaintiff,  :    1:06-cv-5982-GHW
           :
   -v -    :    <u>ORDER</u>
           :
AMINOV DIAMONDS, LLC *and* YEHUDA  :
AMINOV,     :
           :
         Defendants.  :
           :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 8, 2008, the Court entered a stipulation and order of judgment in which Defendant Aminov Diamonds, LLC stipulated to a judgment against it in the amount of $750,000. Dkt. No. 33. On January 15, 2010, the Court entered judgment against Defendant Yehuda Aminov in the amount of $352,481. Dkt. No. 47. Over a decade later, on May 26, 2022, Defendants requested an order of satisfaction of judgment supported by a letter "from an Israeli court" translated from Hebrew and "signed by Plaintiffs attesting to the fact that Defendants have paid and satisfied the settlement amounts to Plaintiffs." Dkt. No. 50. The Court found that Defendants' filing did not comply with Local Rule 54.3—which provides grounds for the entry of a satisfaction of a money judgment by the Clerk of Court—and declined to take action on Defendants' request. *Id.*

On July 13, 2023, Defendants filed a new request for entry of a satisfaction of judgment. Dkt. No. 54. Because Defendants' have satisfied the requirements of Local Rule 54.3(e), the Court will grant Defendants' request. Local Rule 54.3(e) provides for entry of a satisfaction of a money judgment "[u]pon the registration of a certified copy of a satisfaction entered in another court." Defendants' current request for a satisfaction of judgment attaches a satisfaction of judgment issued

by an Israeli court on July 3, 2023, in Hebrew and translated to English. *See* Dkt. No. 54-1 (the "Israeli Judgment"). The Israeli Judgment is certified by an apostille. *See id.* Federal Rule of Civil Procedure 44 permits the recognition of foreign documents certified by apostille. *See* Fed. R. Civ. P. 44(a)(2)(A)(ii); *see also Corovic v. Mukasey*, 519 F.3d 90, 93 n.2 (2d Cir. 2008) (discussing Fed. R. Civ. P. 44 and certification by apostille). Defendants have therefore satisfied the requirements of Local Rule 54.3(e).

The Clerk of Court is directed to enter a satisfaction of money judgment reflecting the satisfaction of the February 8, 2008 money judgment against Defendant Aminov Diamonds, LLC, Dkt. No. 33, and the satisfaction of the January 15, 2010 money judgment against Yehuda Aminov, Dkt. No. 47.

SO ORDERED.

Dated: August 29, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge